UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Richard Pierce,

                Plaintiff(s),

-v-

James A. Mance,

                Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 6 2008

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 4736 (LTS)(KNF)

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__ Settlement* (Principals to participate as required by Magistrate Judge)

__ Inquest After Default/Damages Hearing

__ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_X_ Habeas Corpus

__ Social Security

__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
              June 13, 2008

                                            LAURA TAYLOR SWAIN
                                            United States District Judge