UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                        :

RICHARD PIERCE,                               :         **NOTICE OF APPEARANCE**

                Petitioner,                :

                                        :         CV-08-4736 (LTS)(KNF)

       - against -                          :

SUPERINTENDENT JAMES A. MANCE,      :

                Respondent.              :
---------------------------------------------------------------- x

      PLEASE TAKE NOTICE that respondent, Superintendent James A. Mance, by his attorney, ANDREW M. CUOMO, Attorney General of the State of New York, hereby requests that all future papers be served upon the Attorney General, to the attention of Paul M. Tarr, Assistant Attorney General, now the lead and notice attorney for respondent in relation to the above-captioned matter, at paul.tarr@oag.state.ny.us or 120 Broadway, 22nd Floor, New York, New York 10271-0332.

Dated:   New York, New York
           July 9, 2008

                                                  ANDREW M. CUOMO
                                                  Attorney General of the
                                                  State of New York
                                                  <u>Attorney for the Defendants</u>

                                By:    <u>/s/ Paul M. Tarr</u>
                                        PAUL M. TARR
                                        Assistant Attorney General
                                        120 Broadway
                                        New York, New York  10271
                                        Paul.tarr@oag.state.ny.us
                                        (212) 416-8785

## DECLARATION OF SERVICE

PAUL M. TARR, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that, on July 9, 2008, he served the annexed notice of appearance upon petitioner, by having it mailed via the United States Postal Service, to the petitioner at the following address:

>Mr. Richard Pierce
>07-R-1593
>Marcy Correctional Facility
>P.O. Box 3600
>Marcy, New York 13403

>/s/ Paul M. Tarr
>Paul M. Tarr
>Assistant Attorney General
>(212) 416-8785
>Paul.tarr@oag.state.ny.us

Executed on July 9, 2008