

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

Writer's Direct Telephone No.
(212) 416-8785

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

July 9, 2008

**BY REGULAR MAIL**

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl St., Room 540
New York, NY 10007



Re:   Richard Pierce v. Superintendent James A. Mance
      08-cv-4736 (LTS)(KNF)

Dear Judge Fox:

I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, counsel for respondent in the above-referenced matter.

On June 23, 2008, you directed respondent to answer the petition for a writ of habeas corpus in this case by August 1, 2008. Our office has requested the relevant state court records and transcripts from the New York County District Attorney. To date, we have received some of the state court briefs and decisions but we have yet to receive the trial transcript. As a result, I anticipate that it will be difficult for me to review the transcripts and formulate a complete response to the petition by the original due date.

Therefore, I respectfully request an extension of time until October 1, 2008, to respond to the petition. This is respondent's first request for an extension. I have not contacted petitioner concerning this extension request since he is proceeding *pro se* and is incarcerated.

Thank you for your consideration.

7/14/08
*The milestone dates set forth in the Court's June 20, 2008 order are enlarged by 30 days.*
SO ORDERED:
*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

*Paul M. Tarr*
Paul M. Tarr
Assistant Attorney General

120 Broadway, New York, NY 10271 • Fax (212) 416-8010

Habeas Corpus Section

cc (by U.S. Mail):   Mr. Richard Pierce
07-R-1593
Marcy Correctional Facility
P.O. Box 3600
Marcy, New York 13403